United States District Court
Hartford Connecticut

Silva Wayne Anthony          Plaintiff
vs.
State of Massachusetts       2nd Party] Jury Demand
United States                3rd Party] Sent August 08, 07

28 U.S.C. § 1441[a] Transfered Complaint Form To
[1] Allegation of Jurisdiction.
[1] Jurisdiction Founded on The Existence of A Federal
Question Jurisdiction 28 U.S.C. § 1331, Controversy, Fed.
Rule 12a[b][1] Not Enforced ?  Rule 10[b] Must
Size Apart Each Motion R.I.  Action Arises Und.
The Constitution of United States Art. I, Sec. [10]
[XIV Amend. To The Constitution of The United States
Section 11 of The Securities Act of 1933 Statue [15
U.S.C. § 77k] Creates Cause of Action, Title [15 U.S.C.
§ 77v] Sec. 22 Gives Jurisdiction As 128 U.S.C. § 1391[b],
Exclusive Jurisdiction [28 U.S.C. § 1441] as Hereafter
Fully Appears, Each R.I. U.S. Dist.
[2] 07/17/00 Fall River Superior B-12-6-00853 Pre
1/1/02 Ref. Execution 1-0-cv-1025
Trust Current 14% 84 Yr. $ 26,000,840.
[3] 03/19/05 Taunton Superior Wrev205-01  Million
Dollars Accumulate Current 14% 27 Mont $ 1,420,000.
[4] 11/07/03 Bristol Superior ?ucv20  $  2nd Party
$ 41,490.00 3rd Party $ 50,  Current 14% 44 Mo Months
2nd Party $ 73,090.44, 3rd Party  $ 75,90.
[5] 03/11/0 Court of Federal Claims 1,12-cv-0001 Wash.
P.C. $ 1 , ,000,000,00.00 Current 14% 72 Months $
Accumulates $ 10,736,50, $.666.67.
[6] 03/10/91 Wash D.C. Superior Court 92-Cal-0519 Sum
$ ,0, , ,00,000.00 Current 14% 193 Months Accumulates
To 16 Yr. 1 Month Total $ 3,251,666,666,666.67.
[>] Relief Sought Attachment U.C.C. § 9-203 Above Due.
Process Attorney. s/Silva Wayne
Silva Wayne Anthony 97 Park St. New Bedford MA. 02740